**Register of Copyrights**

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, DC 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s);

| ☑ ACTION    ☐ APPEAL | | COURT NAME AND LOCATION<br>**US District Court Eastern California**<br>**Sacramento** |
|---|---|---|
| DOCKET NO.<br>2:12–CV–00301–JAM–CKD | DATE FILED<br>2/6/12 | |

| PLAINTIFF<br>**SMASH PICTURES** | | DEFENDANT<br>**UNKNOWN** | |
|---|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | | **AUTHOR OF WORK** |
| 1  pending | Bridesmaids XXX Porn Parody | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above–entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY | | | |
|---|---|---|---|---|
| | ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleadings |
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | | | **AUTHOR OF WORK** |
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |

In the above–entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ ORDER    ☐ JUDGMENT | WRITTEN OPINION ATTACHED<br>☐ YES    ☐ NO | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |