UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMASH PICTURES, a California Corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DOES 1 through 265, inclusive,<br><br>　　　　　　Defendants.<br>_____<br>SMASH PICTURES, a California Corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DOES 1 through 590, inclusive,<br><br>　　　　　　Defendants.<br>_____ | Case No. 2:12-CV-00301 JAM-CKD<br><br><br><br><br><br><br><br>RELATED CASE ORDER<br><br><br><br>Case No. 2:12-CV-00302 GEB-GGH |

　　　Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005).  Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

1

PDF created with pdfFactory trial version www.pdffactory.com

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:12-CV-00302 GEB-GGH be reassigned to Judge John A. Mendez and Magistrate Carolyn K. Delaney for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:12-CV-00302 JAM-CKD.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: February 17, 2012

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com