ANDREW W. STROUD (SBN 126475)
MENNEMEIER, GLASSMAN & STROUD LLP
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone:  (916) 553-4000
Facsimile:  (916) 553-4011
E-mail: stroud@mgslaw.com

Attorneys for Defendant
Doe 151

SCOTT HERVEY (SBN 180188)
SCOTT PLAMONDON (SBN 212294)
WEINTRAUB GENSHLEA CHEDIAK
TOBIN & TOBIN LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Telephone:  (916) 558-6000
Facsimile:  (916) 446-1611
Email: splamondon@weintraub.com

Attorneys for Plaintiff,
Smash Pictures, a California Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMASH PICTURES,<br><br>                   Plaintiff,<br><br>v.<br><br>DOES 1 - 265, Inclusive,<br><br>                   Defendants. | Case No.  2:12-CV-00301 JAM CKD<br><br>**STIPULATION OF DISMISSAL; ORDER** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

634.01.PLE.Stipulation to Dismiss                         1

STIPULATION OF DISMISSAL; [PROPOSED] ORDER – CASE NO: 2:12−CV−003010 JAM CKD

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), plaintiff Smash Pictures ("Plaintiff") and Doe 151 ("Defendant"), by and through their counsel of record, do hereby agree and stipulate that Defendant shall be dismissed from this matter without prejudice for lack of personal jurisdiction.  All parties shall bear their own fees and costs in this matter.

DATED: July 3, 2012     MENNEMEIER, GLASSMAN & STROUD LLP

  /s/ Andrew W. Stroud
ANDREW W. STROUD
Attorney for Defendant DOE 151

DATED: July 3, 2012     WEINTRAUB GENSHLEA CHEDIAK TOBIN & TOBIN LAW CORPORATION

  /s/ Scott Plamondon
SCOTT PLAMONDON
Attorney for Plaintiff SMASH PICTURES

IT IS SO ORDERED:

DATED: 7/3/2012     /s/ John A. Mendez
JUDGE OF THE U.S. DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com