IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMASH PICTURES, | |
| Plaintiff, | No. 2:12-cv-0301 JAM CKD |
| vs. | |
| JOHN DOE #1, | |
| Defendant. | ORDER |

This matter was referred to the undersigned for pretrial management under Local Rule 302(c)(21). Dkt. No. 9. Defendants Does ## 2-265 have now been dismissed. Dkt. No. 23. The remaining defendant, John Doe #1, is represented by counsel. Accordingly, pretrial matters, other than discovery motions, should now be noticed before the District Judge assigned to this action. The magistrate judge shall continue to perform all duties described in Local Rule 302(c)(1)-(20).

Accordingly, IT IS HEREBY ORDERED that:

1. This matter is referred back to the District Judge assigned to this action;

2. All dates pending before the undersigned are vacated; and

/////

/////

1

3. Henceforth the caption on documents filed in this action shall be No. 2:12-cv-301 JAM CKD.

Dated: September 26, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 smash301.ref